WILLIAM L. CLAY, Suing on Behalf of Himself and All Others Similarly Situated, Appellant, *v.* COUNTY OF MONROE et al., Respondents.

*Argued February 21, 1950; decided April 6, 1950.*

*William L. Clay*, appellant in person.

*Robert Granville Burke, Joseph B. Boyle, Joseph D. Mc-Goldrick* and *Emmanuel Dannett* for respondents.

Appeal dismissed, with costs, on the ground that the appeal involves questions other than the constitutional validity of statutes. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.